# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

October 2, 2001

**Before**

Hon. JOEL M. FLAUM, *Chief Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

No. 00-3980

| | |
|---|---|
| BRUCE and SHARON BILLINGS, the parents of a minor child, B.B., *Plaintiffs-Appellants*, | Appeal from the United States District Court for the Western District of Wisconsin. |
| *v.* | No. 00 C 95 |
| MADISON METROPOLITAN SCHOOL DISTRICT, JOHN BURMASTER, NANCY ZABEL, et al., *Defendants-Appellees*. | The Honorable John C. Shabaz, *Judge*. |

## O R D E R

The opinion of this court issued on August 2, 2001, is amended, as follows:  At slip opinion page 10, lines 12-13 and slip opinion page 12, lines 14-15 after the citation to <u>Samayoa</u> add (Easterbrook, J. dissenting from denial of rehearing en banc).